1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  CHARAN M. HIGBEE (SBN 148293)
   Email: Charan.Higbee@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA 94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
   Attorneys for Defendants
7  CIGNA LIFE INSURANCE COMPANY OF NEW YORK,
   GROUP INSURANCE PLANS OF MARUBENI AMERICA
8  CORPORATION (sued herein as MARUBENI AMERICA
   CORPORATION EMPLOYEE GROUP BENEFITS PLAN) and
9  MARUBENI AMERICA CORPORATION

10

11                   UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 | BARRY SYKES,                                  ) Case No.:    CV10-01126 CRB
                                                  )
15 |         Plaintiff,                            ) **STIPULATION TO EXTEND TIME TO**
                                                  ) **ANSWER OR OTHERWISE RESPOND**
16 |    v.                                        ) **TO PLAINTIFF'S COMPLAINT AND**
                                                  ) **TO CONTINUE INITIAL CASE**
17 | CIGNA LIFE INSURANCE COMPANY OF              ) **MANAGEMENT CONFERENCE; AND**
     NEW YORK, a Stock Insurance Company,         ) [PROPOSED] ORDER
18 | licensed to do business and doing business in )
     California, as delegated ERISA fiduciary and Plan )
19 | Administrator; MARUBENI AMERICA              )
     CORPORATION EMPLOYEE GROUP                   )
20 | BENEFITS PLAN, a Business Entity, form       )
     unknown; and MARUBENI AMERICA                ) Location    :  San Francisco
21 | CORPORATION, a Corporation licensed to do    ) Courtroom   :  8
     business and doing business in California, as ) Honorable Charles R. Breyer
22 | Sponsor and nominal Administrator of the     )
     LONG-TERM DISABILITY PLAN, and DOES 1 )
23 | through 10, inclusive,                       )
                                                  )
24 |         Defendants.                          )
                                                  )
25 |_____)

26        IT IS HEREBY STIPULATED, pursuant to Local Rules 6-1 and 6-2, by and between

27 plaintiff Barry Sykes and defendants CIGNA Life Insurance Company of New York ("CIGNA"),

28 _____
                                        1
   **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO**
   **PLAINTIFF'S COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; AND**
                              **[PROPOSED] ORDER**
   USDC NDCA Case #CV10-01126 CRB
   539432.1

Group Insurance Plans of Marubeni America Corporation (sued herein as Marubeni America Corporation Employee Group Benefits Plan) and Marubeni America Corporation, through their attorneys of record, as follows:

1. The response of defendant CIGNA to plaintiff's Complaint currently is due on May 17, 2010;

2. The parties have agreed that defendants CIGNA, Group Insurance Plans of Marubeni America Corporation and Marubeni America Corporation may have an extension to and including June 14, 2010 to answer or otherwise respond to the Complaint herein;

3. The initial case management conference currently is scheduled for July 2, 2010 at 8:30 a.m.;

4. Plaintiff's attorney, Steven Krafchick, is unable to attend the case management conference currently set for July 2, 2010 due to pre-established travel plans and for the same reason is unable to attend any case management conference before August 17, 2010;

5. The parties have agreed, subject to Court approval, that the case management conference may be re-scheduled to a date after August 17, 2010;

6. No previous time modifications have occurred in this case either by stipulation or by Court order; and

7. The above requested time modifications will have no effect on the schedule for this case other than delaying the initial case management conference.

Date: May 13, 2010

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Charan M. Higbee
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendants
CIGNA LIFE INSURANCE COMPANY OF NEW YORK, GROUP INSURANCE PLANS OF MARUBENI AMERICA CORPORATION (sued herein as MARUBENI AMERICA CORPORATION EMPLOYEE GROUP BENEFITS PLAN) and MARUBENI AMERICA CORPORATION

---

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; AND
[PROPOSED] ORDER
USDC NDCA Case #CV10-01126 CRB
539432.1

| | |
|---|---|
| Date: May 13, 2010 | KRAFCHICK LAW FIRM |
| | By: /s/ Steven P. Krafchick<br>STEVEN P. KRAFCHICK<br>Attorneys for Plaintiff<br>BARRY SYKES |
| Date: May 13, 2010 | LAW OFFICES OF HOWARD BENNETT HELLEN |
| | By: /s/ Howard Bennett Hellen<br>HOWARD BENNETT HELLEN<br>Attorneys for Plaintiff<br>BARRY SYKES |

## ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. Defendants shall have an extension to and including June 14, 2010 to answer or otherwise respond to plaintiff's Complaint; and

2. The initial case management conference is continued to _____ August 27 ____, 2010 at 8:30 a.m.

Date: May 14, 2010   By: _____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; AND
[PROPOSED] ORDER
USDC NDCA Case #CV10-01126 CRB
539432.1