1    ADRIENNE C. PUBLICOVER  (SBN 161432)
     Email:  Adrienne.Publicover@WilsonElser.com
2    CHARAN M. HIGBEE (SBN 148293)
     Email:  Charan.Higbee@WilsonElser.com
3    WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4    525 Market Street, 17th Floor
     San Francisco, CA  94105
5    Telephone:    (415) 433-0990
     Facsimile:    (415) 434-1370
6
   Attorneys for Defendants
7    CIGNA LIFE INSURANCE COMPANY OF NEW YORK,
   GROUP INSURANCE PLANS OF MARUBENI AMERICA CORPORATION
8    (erroneously sued herein as MARUBENI AMERICA
   CORPORATION EMPLOYEE GROUP BENEFITS PLAN) and
9    MARUBENI AMERICA CORPORATION

10

11                   UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14    BARRY SYKES,                 )    Case No.:    CV10-01126 CRB
                            )
15         Plaintiff,           )   **STIPULATION OF DISMISSAL WITH**
                            )   **PREJUDICE AND [**~~PROPOSED~~**]** :
16        v.                )   **ORDER THEREON**
                            )
17    CIGNA LIFE INSURANCE COMPANY OF  )
   NEW YORK, a Stock Insurance Company,  )
18    licensed to do business and doing business in  )
   California, as delegated ERISA fiduciary and  )
19    Plan Administrator; MARUBENI AMERICA  )
   CORPORATION EMPLOYEE GROUP  )
20    BENEFITS PLAN, a Business Entity, form  )
   unknown; and MARUBENI AMERICA  )
21    CORPORATION, a Corporation licensed to do  )
   business and doing business in California, as  )
22    Sponsor and nominal Administrator of the  )
   LONG-TERM DISABILITY PLAN, and DOES  )
23    1 through 10, inclusive,  )
                            )
24         Defendants.         )
                            )
25

26

27

28

1   **IT IS HEREBY STIPULATED**, by and between the parties to this action, plaintiff Barry

2   Sykes and defendants CIGNA Life Insurance Company of New York, Group Insurance Plans of

3   Marubeni America Corporation and Marubeni America Corporation, acting through their

4   attorneys of record, that the above-entitled action, and all claims for relief therein, shall be

5   dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to

6   bear its own costs and attorneys' fees.

7                                              LAW OFFICES OF
                                               HOWARD BENNETT HELLEN
8   DATED: September 23, 2010

9

10                                      By:_____/s/ Howard Bennett Hellen_____
                                               HOWARD BENNETT HELLEN
11                                             Attorneys for Plaintiff
                                               BARRY SYKES
12

13                                             KRAFCHICK LAW FIRM

14  DATED: September 23, 2010

15

16                                      By:_____/s/ Steven P. Krafchick_____
                                               STEVEN P. KRAFCHICK
17                                             Attorneys for Plaintiff
                                               BARRY SYKES
18

19  DATED: September 23, 2010                   WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP
20

21

22                                      By:_____/s/ Charan M. Higbee_____
                                               ADRIENNE C. PUBLICOVER
23                                             CHARAN M. HIGBEE
                                               Attorneys for Defendants
24                                             CIGNA LIFE INSURANCE COMPANY OF NEW
                                               YORK, GROUP INSURANCE PLANS OF
25                                             MARUBENI AMERICA CORPORATION
                                               and MARUBENI AMERICA CORPORATION
26

27

28
                                              1
     **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**
     USDC EDCA Case #CV10-01126 CRB
     582883.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 9/24/2010          By: _____
                              HONORABLE CHARLES R. BREYER
                              UNITED STATES DISTRICT COURT JUDGE

---

2

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**
USDC EDCA Case #CV10-01126 CRB
582883.1